E-FILED 03/29/2013
JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Raminder Sahota, et al.*, | CASE NO. CV 13-790-GHK (AGRx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Joseph Shemaria, et al.*, | |
| Defendants. | |

Pursuant to the Court's March 29, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiffs Raminder and Varinder Sahota's claims against Defendants Joseph Shemaria and the Law Offices of Joseph Shemaria and Associates are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: March 29, 2013

_____
GEORGE H. KING
Chief United States District Judge